**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**VERONICA SMITH,**

                    **Plaintiff,**

**-vs-**                                      **Case No.  6:10-cv-1411-Orl-18GJK**

**PHYSICIANS UNITED PLAN,**

                    **Defendant.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration on the Court's own motion.  On September 22, 2010, Veronica Smith (the "Plaintiff") initiated this action *pro se* by filing a complaint against Physicians United Plan (the "Defendant").  Doc. No. 1.  According to the complaint, Plaintiff was previously employed by the Defendant. *Id.*  The Plaintiff alleged claims against the Defendant of harassment and discrimination "[a]ccompanied [with] excessive and abusive emails, false accusations, and interferences, in which [she] believes to be unethical and have caused the severe loss of [her] employment." *Id.* at 1.  The Plaintiff set forth facts in support of her harassment and discrimination claims, such as, she received an email from her prior supervisor, Amy Wagner, "depriving [her] of going to the bathroom." *Id.* at 2-3.  Plaintiff stated that she reported such incidents "to several staff and no action was taken." *Id.* at 4.  The Plaintiff was ultimately terminated from her employment. *Id.* at 3.

Plaintiff sought to proceed against the Defendant *in forma pauperis* (the "Motion"). Doc. No. 2. On October 20, 2010, the Court entered an Order denying the Plaintiff's Motion, noting that the complaint failed to comply with the requirements set forth in Federal Rule of Civil Procedure 8 and Plaintiff did not state a basis for this Court's subject matter jurisdiction. Doc. No. 7.  The Court provided the Plaintiff an opportunity to file an amended complaint. *Id.*  The Court stated:  "**Failure to file an amended complaint will result in a recommendation that the case be dismissed without further warning**." Doc. No. 7 at 5.  To date, Plaintiff has not filed an amended complaint.

Accordingly, it is **RECOMMENDED** that:

1. Plaintiff's case be **DISMISSED without prejudice**; and
2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 9, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
**Unrepresented Parties by Certified Mail**