UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERONICA SMITH,

    **Plaintiff,**

-vs-                                      Case No. 6:10-cv-1411-Orl-18GJK

PHYSICIANS UNITED PLAN,

    **Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation filed March 9, 2011 (Doc. 8) of the magistrate judge is hereby **APPROVED** and made a part of this Order. The Plaintiff's case is **DISMISSED** without prejudice. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this \_\_12\_\_ day of April, 2011.

                                                G. KENDALL SHARP
                                              Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge